UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GIRDLER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware Corporation, SHIFT OPERATIONS, LLC, a Delaware Corporation, and Does 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 2:24-cv-02421-KJM-SCR<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Current Response Date: Sept 12, 2024<br>New Response Date: Oct. 3, 2024 |

Per the stipulation of Plaintiff Ryan Girdler and Defendant Tesla, Inc, defendant's deadline to file a response to plaintiff's complaint is hereby extended *pro tunc nunc* to October 3, 2024.

IT IS SO ORDERED.

DATED: September 19, 2024.

[signature]
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**